# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

153110 & (84)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

NL VENTURES VI FARMINGTON, LLC,
　　　　　Plaintiff-Appellant/Cross-Appellee,

v

CITY OF LIVONIA,
　　　　　Defendant-Appellee/Cross-Appellant.

SC: 153110
COA: 323144
Wayne CC: 13-004863-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the January 28, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether 1939 PA 178, MCL 123.161 *et seq.*, MCL 141.121(3), or any other statute authorized the method by which defendant sought to enforce collection of the disputed liens; and if there was statutory authority (2) whether defendant is prohibited from collecting the disputed liens because defendant failed to place them on the tax roll each year as required by Livonia Ordinance, § 13.08.300. The parties should not submit mere restatements of their application papers. The application for leave to appeal as cross-appellant remains pending.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



p0125

Clerk